IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BELL SEMICONDUCTOR, LLC,                    :

    Plaintiff/Counterclaim                  :
    Defendant,

                               :    Case No. 3:22-cv-245; 3:22-cv-273;
      v.                                              3:22-cv-323 (Consolidated cases)

AMBARELLA, INC.,                                JUDGE WALTER H. RICE
                               :

    Defendant/Counterclaim
    Plaintiff.

---

DECISION AND ENTRY OVERRULING DEFENDANT/COUNTERCLAIM
PLAINTIFF'S MOTION TO STAY (DOC. #32)

---

       This matter is before the Court pursuant to Defendant/Counterclaim Plaintiff
Ambarella, Inc.'s ("Ambarella") Motion to Stay.  Doc. #32.  At a telephone
conference held on March 22, 2023, the Court OVERRULED Ambarella's motion.
For the reasons stated at the telephone conference, Ambarella's Motion to Stay is
OVERRULED.

Date: September 13, 2023

Walter H. Rice

WALTER H. RICE
UNITED STATES DISTRICT JUDGE