IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMBARELLA INC.,<br><br>    Defendant. | Case No. 3:22-cv-245-WHR-PBS<br><br>JURY TRIAL DEMANDED<br><br>JUDGE WALTER H. RICE |
| BELL SEMICONDUCTOR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMBARELLA INC.,<br><br>    Defendant. | Case No. 3:22-cv-273-WHR-PBS<br><br>(Consolidated Case)<br><br>JURY TRIAL DEMANDED<br><br>JUDGE WALTER H. RICE |
| BELL SEMICONDUCTOR, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AMBARELLA INC.,<br><br>    Defendant. | Case No. 3:22-cv-323-WHR-PBS<br><br>(Consolidated Case)<br><br>JURY TRIAL DEMANDED<br><br>JUDGE WALTER H. RICE |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

This case is before the Court on the Joint Stipulation of Dismissal ("Motion") in the above-referenced actions. Having considered the motion, the court determines it should be GRANTED.

1

It is therefore ORDERED that all of Plaintiff's claims in the above-captioned actions are hereby dismissed with prejudice, and all of Defendant's counterclaims and defenses in the above-captioned actions are hereby dismissed without prejudice..

It is FURTHER ORDERED that each Party shall bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

*[signature]*
JUDGE WALTER H. RICE